# CONTRACT FOR PROFESSIONAL SERVICES

The parties to this contract are Jamie Smith, as personal representative of the estate of Thomas Smith (hereinafter the Client) and Kathryn E. Denner, Attorney at Law (hereinafter the Attorney). The undersigned Client and Attorney agree to the following:

1. The Attorney previously represented Thomas Smith in a claim (hereinafter the Lawsuit) against American Standard Brands (hereinafter the Defendant), No. 3:12-cv-5048, which is currently pending in the United States District Court for the Western District of Missouri.

2. The Client desires to be substituted into the Lawsuit as plaintiff and to continue the prosecution of the Lawsuit.

3. The Attorney and Thomas Smith executed a Contract for Professional Services, dated April 26, 2012, in connection with the representation. A copy of the Contract for Professional Services is attached hereto.

4. The Attorney and the Client agree that the Attorney will represent the Client in the Lawsuit, through trial or other termination thereof, on the same terms set forth in the Contract for Professional Services between the Attorney and Thomas Smith.

JAMIE SMITH

*Jamie Smith*

Dated: _____


KATHRYN E. DENNER, Attorney at Law

*Kathryn ED*

Dated: _____